**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAOT-24-0000845
04-FEB-2025
08:07 AM
Dkt. 7 ODSLJ**

NO. CAOT-24-0000845

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ERIC STROEVE, Petitioner, v.
STATE OF HAWAIʻI, Respondent

ORDER DISMISSING CASE

(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, the court finds that self-represented Defendant-Appellant Eric Stroeve's December 27, 2024 "Petition for Writ of Dismissal" does not notice an appeal from a judgment entered by the Circuit Court of the First Circuit in 1CPC-21-0000568. Hawaii Revised Statutes (**HRS**) § 641-11 (2016). Rather, it appears to seek affirmative relief in the nature of a writ of mandamus and/or writ of habeas corpus, which the Hawaiʻi Supreme Court has exclusive, original jurisdiction to grant. HRS § 602-5(a)(3), (4) (2016).

Therefore, IT IS HEREBY ORDERED that case No. CAOT-24-0000845 is dismissed without prejudice to seeking relief via petition to the Hawaiʻi Supreme Court.

DATED: Honolulu, Hawaiʻi, February 4, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge